█ HAROLD BEREAN, Respondent, v. TOWN OF LLOYD et al., Defendants, and TOWN BOARD OF THE TOWN OF LLOYD et al., Impleaded Appellants.— Decision of this court, handed down May 8, 1957, amended to read as follows: Order, insofar as appealed from, reversed, on the law, with $10 costs, with leave to the plaintiff to bring in the individual members of the Town Board as party defendants within 20 days after the entry of an order herein, if he is so advised. Opinion by Foster, P. J.; Bergan, Coon and Gibson, JJ., concur; Halpern, J., concurs in the result. [See *ante*, p. 585.]